**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

**JOSHUA YANCHIK,**

   *Plaintiff,*

**v.**                                         CASE NO.  SA-23-CV-00440-JKP

**JUDSON INDEPENDENT SCHOOL
DISTRICT, ALEXANDER
GONZALEZ, TERESA RAMON,
JUDSON INDEPENDENT SCHOOL
DISTRICT POLICE DEPARTMENT,**

   *Defendants.*

## **FINAL JUDGMENT**

The Court considered the issues presented in this action and rendered its decision. For the reasons stated in the Order issued contemporaneously with this Final Judgment, the Court **DISMISSES** this action with prejudice. Plaintiff takes nothing from his causes of action against Defendants.

SIGNED this 25th day of July, 2023.

_____
JASON  PULLIAM
UNITED STATES DISTRICT JUDGE